**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DERRICK V. STATEN,

*Plaintiff,*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant.*

CIVIL ACTION
NO. 24-2655

**ORDER**

**AND NOW**, this 17th day of September, 2026, upon careful and independent consideration of Magistrate Judge Reid's Report and Recommendation, (Dkt. No. 17), it is **ORDERED** that:

1. The Report and Recommendation is APPROVED AND ADOPTED;
2. Claimant's Request for Review is DENIED, and the JUDGMENT shall be entered in favor of the Defendant.
3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.